UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

United States of America

2012 JAN -4 P 3: 26

v.

Cr. 1:12-mj-02-01/02

Walter Williams,
Prince Sage

## MOTION TO SEAL

NOW COMES John P. Kacavas, United States Attorney for the District of New Hampshire, and hereby moves that the Complaint, Arrest Warrant, and supporting Affidavit in the above-captioned case be sealed at Level I for a period of sixty days. In support of this motion to seal, the government states that sealing the documents will protect the integrity of an on-going investigation into at least two other robberies and the safety of potential witnesses in these matters

Dated: January 4, 2012

Respectfully submitted,

JOHN P. KACAVAS
United States Attorney

By: _____
Helen White Fitzgibbon
Assistant U.S. Attorney
NH Bar #6833
U.S. Attorney's Office
53 Pleasant Street
Concord, NH 03301
(603) 225-1552

Motion    ☑ Granted    ☐ Denied

_____
Landya B. McCafferty
United States Magistrate Judge
Date: 1-4-12